**HUGGARD v. WAKE COUNTY HOSPITAL SYSTEM**

[330 N.C. 610 (1992)]

JOHN HUGGARD, ADMINISTRATOR OF THE ESTATE OF BOBBY L. BROWN, DECEASED v. WAKE COUNTY HOSPITAL SYSTEM, INC., DOUGLAS T. MILLER, WARREN NEWTON, MICHELE HUMLAN, DAVID L. INGRAM, MURTHY G. K. MANNE AND DOE TWO THROUGH DOE TEN

No. 280PA91
(Filed 10 January 1992)

ON discretionary review pursuant to N.C.G.S. § 7A-31 of the decision of the Court of Appeals, 102 N.C. App. 772, 403 S.E.2d 568 (1991), affirming an order entered by *Bailey, J.,* in the Superior Court, WAKE County, on 14 February 1990. Heard in the Supreme Court 12 December 1991.

*Law Offices of Grover C. McCain, Jr., by Grover C. McCain, Jr., and Kenneth B. Oettinger, for plaintiff-appellant.*

*Young, Moore, Henderson & Alvis, P.A., by Joseph W. Williford and Josephine R. Darden, for defendant-appellee Manne.*

PER CURIAM.

Affirmed.